Matter of Kane v Campbell

2026 NY Slip Op 03027

May 13, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Nickie Kane, Appellant,

v

Seamus Campbell, et al., Respondents.

Decided and Entered: May 13, 2026

Index No. 451700/26|Appeal No. 6835-6836, M-2687&M2688|Case No. 2026-02722, 2026-02724|

Before: Moulton, J.P., Friedman, Pitt-Burke, Rosado, Michael, JJ.

Nickie Kane, petitioner pro se.

Paul D. Newell, New York, for Seamus Campbell, respondent.

[*1]

Judgment, Supreme Court, New York County (Matthew V. Grieco, J.), entered on or about May 8, 2026, unanimously affirmed for the reasons stated by Matthew V. Grieco, J., without costs or disbursements. Purported appeal from order, same court and Justice, dated on or about May 6, 2026, unanimously dismissed, without costs, as taken from a nonappealable paper.

No opinion. Order filed.

M-2687 — Matter of Kane v Campbell

M-2688

Motions for waiver of costs, fees, and expenses, granted.

THIS CONSTITUTES THE DECISION AND ORDER

OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: May 13, 2026